**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   RAYNARD TIPTON                         §
         ALFREDA MCEWEN TIPTON                  §   Case No.: 09-29391
                                                §
         Debtor(s)                              §

------------------------------------------------------------------------

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/11/2009.

2) This case was confirmed on 11/16/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/20/2011, 09/20/2011, 09/20/2011, 09/20/2011, 09/20/2011, 09/20/2011.

5) The case was dismissed on 10/31/2011.

6) Number of months from filing to the last payment:  24

7) Number of months case was pending:  29

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $   10,825.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 46,921.95 |
| Less amount refunded to debtor | $ | 5,942.22 |
| **NET RECEIPTS** | $ | 40,979.73 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 3,000.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 2,494.89 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 5,494.89 |
| Attorney fees paid and disclosed by debtor | $ | 500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK | SECURED | 130,351.00 | 158,124.08 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | UNSECURED | 30,810.00 | NA | NA | .00 | .00 |
| COMM HOME FINANCE | SECURED | 12,936.00 | .00 | 11,686.00 | .00 | .00 |
| COMM HOME FINANCE | UNSECURED | 12,936.00 | NA | NA | .00 | .00 |
| SANTANDER CONSUMER U | SECURED | 20,800.00 | 25,413.18 | 25,413.18 | 11,073.03 | 1,812.87 |
| SANTANDER CONSUMER U | UNSECURED | 4,613.18 | NA | NA | .00 | .00 |
| WYNDHAM VACATION RES | SECURED | 1,000.00 | .00 | 3,000.00 | 90.64 | 20.54 |
| WYNDHAM VACATION RES | UNSECURED | 2,000.00 | NA | NA | .00 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | 259.00 | 6,907.76 | 6,907.76 | 6,907.76 | .00 |
| PHYLLIS DREWITT | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 500.00 | 1,538.10 | 1,538.10 | 404.63 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 3,200.00 | 11,461.72 | 11,461.72 | 3,015.23 | .00 |
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 114.00 | NA | NA | .00 | .00 |
| ACCOUNT RECOVERY SER | OTHER | .00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY | UNSECURED | 2,216.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY | OTHER | .00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY | UNSECURED | 820.00 | NA | NA | .00 | .00 |
| ACCOUNT RECOVERY | OTHER | .00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL & | UNSECURED | 211.00 | NA | NA | .00 | .00 |
| ACCOUNT RECOVERY | OTHER | .00 | NA | NA | .00 | .00 |
| ADT HOME SECURITY | UNSECURED | 430.00 | NA | NA | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | 550.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCE AMERICA | UNSECURED | 994.63 | NA | NA | .00 | .00 |
| IL BELL TELEPHONE CO | UNSECURED | 159.00 | 1,356.58 | 1,356.58 | .00 | .00 |
| AFNI | OTHER | .00 | NA | NA | .00 | .00 |
| BETA FINANCE | UNSECURED | 4,860.00 | 5,138.68 | 5,138.68 | .00 | .00 |
| BMG MUSIC SERVICE | UNSECURED | 71.00 | NA | NA | .00 | .00 |
| CHECK INTO CASH INC | UNSECURED | 450.00 | 519.75 | 519.75 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 60.00 | 853.20 | 853.20 | .00 | .00 |
| CITY OF CHICAGO PARK | OTHER | .00 | NA | NA | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | 184.00 | NA | NA | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | 74.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 741.00 | NA | NA | .00 | .00 |
| EVANS LOEWENSTEIN SH | UNSECURED | 940.00 | NA | NA | .00 | .00 |
| WFNNB EXPRESS | UNSECURED | 97.00 | NA | NA | .00 | .00 |
| FIRST CREDIT CORP | UNSECURED | 519.00 | NA | NA | .00 | .00 |
| FIRST INVESTORS FINA | UNSECURED | 203.00 | NA | NA | .00 | .00 |
| MCI WORLDCOM COMMUNI | UNSECURED | 650.00 | NA | NA | .00 | .00 |
| KCA FINANCIAL SERVIC | OTHER | .00 | NA | NA | .00 | .00 |
| LIPPINCIOTT WILLIAMS | UNSECURED | 47.00 | NA | NA | .00 | .00 |
| MARQUETTE CONSUMER F | UNSECURED | 202.00 | NA | NA | .00 | .00 |
| ST MARGRET MERCY HOS | UNSECURED | 595.00 | NA | NA | .00 | .00 |
| MEDICAL BUSINESS BUR | OTHER | .00 | NA | NA | .00 | .00 |
| NATIONWIDE ACCEPTANC | UNSECURED | 973.00 | 62.25 | 62.25 | .00 | .00 |
| NICOR GAS | UNSECURED | 900.00 | NA | NA | .00 | .00 |
| OCWEN LOAN SERVICING | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| OCWEN LOAN SERVICING | UNSECURED | 1.00 | 30,692.95 | 30,692.95 | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 1,461.00 | 1,461.08 | 1,461.08 | .00 | .00 |
| PENTAGROUP FINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |
| SOUTH SHORE HOSPITAL | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| PREMIER CREDIT CORP | OTHER | .00 | NA | NA | .00 | .00 |
| QWEST COMMUNICATIONS | UNSECURED | 27.00 | NA | NA | .00 | .00 |
| READERS DIGEST | UNSECURED | 23.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO HEIG | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| RECEIVABLES MANAGEME | OTHER | .00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 150.00 | 600.00 | 600.00 | .00 | .00 |
| RECEIVABLES MANAGEME | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO HEIG | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| RECEIVABLES MANAGEME | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO HEIG | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| RECEIVABLES MANAGEME | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1,200.00 | 187.02 | 187.02 | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | 325.00 | NA | NA | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | 1,000.00 | 3,273.14 | 3,273.14 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VHS OF ILLINOIS INC | UNSECURED | 72.00 | NA | NA | .00 | .00 |
| WELL GROUP HEALTH PA | UNSECURED | 345.00 | NA | NA | .00 | .00 |
| WOW INTERNET CABLE | UNSECURED | 261.00 | NA | NA | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | .00 | 8,489.19 | 8,839.19 | 8,839.19 | .00 |
| COMM HOME FINANCE | SECURED | .00 | .00 | 1,250.00 | .00 | .00 |
| REAL TIME RESOLUTION | SECURED | NA | .00 | .00 | .00 | .00 |
| REAL TIME RESOLUTION | SECURED | NA | .00 | .00 | .00 | .00 |
| OCWEN LOAN SERVICING | OTHER | .00 | NA | NA | .00 | .00 |
| US CELLULAR | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | .00 | 5,518.76 | 5,518.76 | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 180.77 | 180.77 | .00 | .00 |
| HSBC AUTO FINANCE | UNSECURED | .00 | NA | NA | .00 | .00 |
| FIRST CREDIT CORP | SECURED | NA | 503.98 | .00 | .00 | .00 |
| SILVERLEAF RESORTS I | SECURED | 1,000.00 | 7,165.78 | 7,005.02 | 2,777.11 | 452.64 |
| SILVERLEAF RESORTS I | UNSECURED | 6,005.02 | NA | NA | .00 | .00 |
| CHASE HOME FINANCE | OTHER | NA | NA | NA | .00 | .00 |
| LEDFORD & WU | PRIORITY | NA | .00 | 91.20 | 91.20 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 10,089.19 | 8,839.19 | .00 |
| Debt Secured by Vehicle | 25,413.18 | 11,073.03 | 1,812.87 |
| All Other Secured | 21,691.02 | 2,867.75 | 473.18 |
| **TOTAL SECURED:** | 57,193.39 | 22,779.97 | 2,286.05 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | 6,907.76 | 6,907.76 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 13,091.02 | 3,511.06 | .00 |
| **TOTAL PRIORITY:** | 19,998.78 | 10,418.82 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 49,844.18 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 5,494.89 |
| Disbursements to Creditors | $ | 35,484.84 |
| **TOTAL DISBURSEMENTS:** | $ | 40,979.73 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   01/25/2012                     /s/ Tom Vaughn
                                        Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**